FRANK HARMS, as Administrator of the Estate of JOSEPH HARMS, Deceased, Appellant, *v.* HENRY P. BURGARD, Respondent.

*Harms* v. *Burgard,* 66 App. Div. 622, affirmed.
(Argued February 11, 1903; decided March 3, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 26, 1901, affirming a judgment in favor of defend-

ant entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Carlton E. Ladd* and *Eugene W. Harrington* for appellant.

*Edward E. Coatsworth* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER. Ch. J., GRAY, O'BRIEN, MARTIN, VANN and WERNER, JJ. Not voting: HAIGHT, J.